UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-882 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LARRY R. PROPOTNIK,<br>Defendant. | ) | **ORDER** |

Based upon the motion of Plaintiff's, and all the files, records, and proceedings in this matter, it is hereby

**ORDERED** that the Plaintiff's motion for summary judgment is hereby **GRANTED**, it is further

**ORDERED** that the United State of America shall have judgment as follows:

| | |
|---|---|
| Principal | $2,500.00 |
| Interest to May 4, 2001 | $2,961.45 |
| Costs | 150.00 |
| | $5,611.45 |

plus additional prejudgment interest at eight (8) percent and post judgment interest at a rate determined by law.

Dated: December 6, 2002

JAMES M. ROSENBAUM
United States District Court Judge

FILED DEC 9 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS