UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-882 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY PROPOTNIK,<br><br>Defendant,<br><br>RURAL AMERICAN BANK,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds or bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on or about March 3, 2003, is hereby released.

Dated: 3/13/03

Magistrate Judge
United States District Court

3 13 03
JUDGMENT
DEPUTY CL